# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**YOLANDA AVILES HELMINGER,**

    **Plaintiff,**

Case No.:

v.

**INVACARE CORPORATION,**

    **Defendant.**
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

**COMES NOW**, Plaintiff, Yolanda Aviles Helminger, by and through her undersigned trial counsel and files her Complaint against her former employer the Defendant, Invacare Corporation, and as grounds states:

### *JURISDICTION*

1. This action involves application of the *Family and Medical Leave Act*, *29 U.S.C. Section 2617* and *28 U.S.C. Section 1331*. Plaintiff, Yolanda Aviles Helminger, alleges the Defendant, Invacare Corporation, unlawfully retaliated against following notification of her need to take maternity leave due to pregnancy.

2. This is an action for damages which exceeds the sum of $75,000 not including reasonable attorney's fees and costs associated with this action, which are part of this action.

3. The claim asserted in this action arose within the jurisdiction of this district and the alleged discrimination and damages occurred in this district.

## *PARTIES*

4. At all times material, Plaintiff, Yolanda Aviles Helminger, was, and continues to be, a resident of Deltona, Volusia County, Florida.

5. Upon her information and belief, Plaintiff, Yolanda Aviles Helminger, qualifies as an "eligible employee" as defined in *29 U.S.C. Section 2611(2)*.

6. At all times material, the Defendant, Invacare Corporation, was, and continues to be, a corporation authorized to conduct business in this district.

7. Upon information and belief, the Defendant, Invacare Corporation, qualifies as an "employer" as defined in *29 U.S.C. Section 2611(4)*.

## *GENERAL ALLEGATIONS*

8. At all times material, Plaintiff, Yolanda Aviles Helminger, was an employee of the Defendant, Invacare Corporation, commencing in May 2014 through June 10, 2020.

9. In February 2020, Plaintiff, Yolanda Aviles Helminger, notified her employer the Defendant, Invacare Corporation, of her pregnancy.

10. On or about May 2020, Plaintiff, Yolanda Aviles Helminger, requested information from Mr. Michael Stallard, HR Generalist, regarding *Family Medical Leave Act*.

11. Without any warning, on or about June 10, 2020, the Defendant, Invacare Corporation, terminated Plaintiff, Yolanda Aviles Helminger due to her pregnancy.

12. At the time of her termination from the Defendant, Invacare Corporation, Plaintiff, Yolanda Aviles Helminger, had been employed over 12 months and worked at least 1,250 hours during the previous 12 month period. *29 U.S.C. Section 2611(2)(A)*.

13. Plaintiff, Yolanda Aviles Helminger, retained The Harr Law Firm and has agreed to pay a reasonable fee for its service in connection with this matter.

14. All conditions precedent to the filing of this action have occurred, been performed, or been waived.

## COUNT I

## VIOLATION OF THE FAMILY MEDICAL LEAVE ACT

15. Plaintiff, Yolanda Aviles, reallages the general allegations contained in paragraphs 1 through 14 above.

16. Plaintiff, Yolanda Aviles Helminger, was pregnant at the time she informed the Defendant, Invacare Corporation, of her need to exercise her right to take maternity leave.

17. Pregnancy is a "serious health condition" as defined in the *Family Medical Leave Act*.

18. Plaintiff, Yolanda Aviles Helminger, gave appropriate notice to the Defendant, Invacare Corporation, of her need to exercise her right to take maternity leave.

19. The Defendant, Invacare Corporation, terminated Plaintiff, Yolanda Aviles Helminger from her employment.

20. The Defendant, Invacare Corporation, interfered with Plaintiff, Yolanda Aviles Helminger's benefits under the *Family Medical Leave Act*.

21. These actions by the Defendant, Invacare Corporation, constituted unlawful retaliation.

22. As a result of willful violations of the *Family Medical Leave Act*, Plaintiff, Yolanda Aviles Helminger, incurred and will continue to incur, lost wages and continuing health

insurance during her pregnancy.

**WHEREFORE**, Plaintiff, Yolanda Aviles Helminger, demands judgment against the Defendant, Invacare Corporation, for:

a. statutory damages for lost wages, benefits, and other compensation, plus interest at the statutory rate, pursuant to *29 U.S.C. Section 2617(a)(1)(A)(i)* and *29 U.S.C. Section 2617(a)(1)(A)(ii)*;

b. Additional liquidated damages in the amount of the above-requested award, pursuant to *29 U.S.C. Section 2617(a)(1)(A)(iii)*.

c. Equitable relief in the form of reinstatement or front pay, as the court deems appropriate, pursuant to *29 U.S.C. Section 2617(a)(1)(B)*.

d. Attorney's fees, expert witness fees, and costs of this action, pursuant to *29 U.S.C. Section 2617(a)(3)*, and such other relief as this Court may deem just and proper.

### ***JURY TRIAL***

23. Plaintiff, Yolanda Aviles Helminger, demands a trial by jury on all issues triable.

Dated this 12th day of June, 2020.

Respectfully submitted,

   */s/ Jason L. Harr*
**JASON L. HARR**
Florida Bar No.: 0194336
**THE HARR LAW FIRM**
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com
lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone: (386) 226-4866
Telefax: (386) 226-4886
**TRIAL COUNSEL FOR PLAINTIFF YOLANDA AVILES HELMINGER**